BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. McCOY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag. No. 2:12-mj-00320 KJN |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY HEARING AND EXCLUDING TIME |
| v. | |
| THEODORE ROOSEVELT OHAGEN, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Michael D. McCoy, counsel for the plaintiff United States of America, and defendant Theodore Roosevelt OHAGEN, by and through his counsel James R. Greiner, that good cause exists to extend the preliminary hearing currently set for December 14, 2012, at 2:00 p.m., to January 7, 2013, pursuant to Federal Rule of Criminal Procedure 5.1(d).

On November 30, 2012, the defendant was charged by Criminal Complaint with conspiracy to possess with intent to distribute at least 50 grams (actual) of Methamphetamine, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 846 and 841(a)(1). On that same day, the defendant appeared in front of Magistrate Judge Edmund

1

1  F. Brennan for his initial appearance.  At the initial appearance,
2  Magistrate Judge Brennan set the preliminary hearing for December
3  14, 2012.
4      The Government expects to be able to provide the defendant with
5  an initial production of discovery within the next five days. This
6  initial production of discovery is likely to consist of
7  approximately 500 pages of material. Once provided, counsel for
8  defendant will need time to review the discovery with his client and
9  prepare for the preliminary hearing.  The parties may also need time
10 to consider a pre-indictment resolution of this matter. Because of
11 this, good cause exists to extend the time for the preliminary
12 hearing within the meaning of Rule 5.1(d).
13     The parties further stipulate that the ends of justice are
14 served by the Court excluding time from December 14, 2012, to
15 January 7, 2013, so that counsel for the defendant may have
16 reasonable time necessary for effective preparation, taking into
17 account the exercise of due diligence.  18 U.S.C. §
18 3161(h)(7)(B)(iv).  Specifically, the defense agrees that it needs
19 additional time to review the large amount of discovery that will be
20 produced, effectively evaluate the posture of the case, and consider
21 a possible pre-indictment resolution to this matter. For these
22 reasons, the defendant, defense counsel, and the government
23 stipulate and agree that the ends of justice outweigh the best
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1  interest of the public and the defendant in a speedy trial.  18
2  U.S.C. § 3161(h)(7)(A); Local Code T4.
3
4  DATED: December 11, 2012        /s/Michael D. McCoy
                                    MICHAEL D. McCOY
5                                   Assistant U.S. Attorney
6
   DATED: December 11, 2012        /s/Michael D. McCoy for Mr. Greiner
7                                   JAMES R. GREINER
                                    Counsel for defendant
8                                   Theodore Roosevelt OHAGEN
                                    Authorized to sign for Mr. Greiner
9                                   on 12-10-12

O R D E R

Based upon the representations by counsel and the stipulation of the parties, **IT IS HEREBY ORDERED** that:

1. The Court finds good cause to extend the Preliminary Hearing in <u>United States v. OHAGEN</u>, Case No. 2:12-mj-00320 KJN, from December 14, 2012, to January 7, 2013, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d);

2. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. § 3161(h)(7)(A) and Local Code T4 applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial based upon the factors set forth in 18 U.S.C. § 3161(h)(7)(B)(iv). Accordingly, time under the Speedy Trial Act shall be excluded from December 14, 2012, up to and including January 7, 2013.

**IT IS SO ORDERED.**

DATED: December 11, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE